SIGMUND KRAUTER, Respondent, *v.* PACIFIC TRADING CORPORATION OF AMERICA, Appellant.

(Argued January 26, 1925; re-argument ordered February 25, 1925.)

Re-argument of case ordered and re-argument set down for second Monday of next session. The question on which the court desires to hear argument is the one whether the court will set aside the arbitration when a new arbitration may be ordered under chapter 275 of the Laws of 1920.

---

In the Matter of the Application of A. STROUD HAXTON, Respondent, for an Order Substituting Other Attorneys in Place and Stead of BIJUR & HERTS, Appellants, Attorneys of Record in an Action Pending.

*Attorney and client — substitution of attorneys — attorney's lien.*

*Matter of Haxton,* 210 App. Div. 846, affirmed.

(Argued January 27, 1925; decided February 25, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 24, 1924, which modified and affirmed as modified an order of Special Term granting a motion for a substitution of attorneys. The sole question presented on appeal was whether, as matter of law, an attorney, who had a conceded retaining lien on property of his client in his (the attorney's) possession, loses or waives the lien by pledging the property to secure an obligation of the client in the progress of the litigation, with adequate provision that, after the purpose of the pledge has been fulfilled, the whole or the residue of the property be returned to the attorney.

*Cyril F. dos Passos* and *Arthur Ofner* for appellants.

*John Burlinson Coleman* and *Ernest J. Ellenwood* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.